NTF
Rev. 11/07

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Liliana Veronica Lopez**
 711 Caesar Chavez Blvd
Calexico, CA 92231
xxx–xx–3399
*No Known Aliases*

Case number:  10–21854–LA7
Chapter:  7
Judge  Louise DeCarl Adler

### Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **1** filed on: **12/13/10**     Title of Document: **Volunary Petition**

Pursuant to General Order 162, Federal Rules of Procedure and/or Local Bankruptcy Rules, the following errors or deficiencies have been found with your filed document:

**Other reason—–See OTHER section below.**

**ACTION TAKEN BY COURT**

☐ Aty/Debtor(Pro Se)/Movant contacted on **12/14/10**     via   ☐ Tel/Voice Mail     ☑ Email   ☐ Mail or Other

**Errors or deficiencies corrected by the Court: Docket entry corrected**

**ACTION REQUIRED BY FILER**

**OTHER: Please ensure that the Volunary Petiton is in correct order with the B1 (Volunary Petition) as the first page and schedules and statement follow. Thank you. I have attached the corrected version to the main petition, you do not have to make any corrections at this time.**

Dated: 12/14/10

Barry K. Lander
Clerk of the Bankruptcy Court